UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Humberto Victorino, Jr. and Rory Grundhoffer,
as co-trustees for the next-of-kin of Diana
Balderas,

      Plaintiffs,

v.

Shawn Hayes, Dan Mocol, and John Does 1-2,
acting in their individual capacities as Waseca
County correctional officers; and Waseca
County,

      Defendants.

Case No. 18-cv-226 (JNE/DTS)
ORDER

In a Report and Recommendation dated March 5, 2020, the Honorable David T. Schultz, United States Magistrate Judge, recommended that Plaintiffs' Petition for Distribution of Proceeds be granted and that settlement funds be distributed. No objection has been received. The Court accepts the Report and Recommendation [Docket No. 46]. Therefore, IT IS ORDERED THAT:

1. Plaintiffs' Petition for Distribution of Proceeds [Docket No. 43] is GRANTED.

2. The settlement funds shall be distributed as follows:

    a. $113,333.00 be paid to Robins Kaplan LLP for attorneys' fees.

    b. $56,667.00 be paid to Sieben Carey PA for attorneys' fees.

    c. $20,228.80 be paid to Robins Kaplan LLP for litigation costs.

    d. $12,370.20 be paid to Sieben Carey PA for litigation costs.

    e. $10,000.00 be paid to South Country Health Alliance for its subrogation claim.

    f.  The remainder of the $425,000.00, which is $212,401.00, be distributed in equal amounts of $30,343.00 to each of Diana Balderas's seven adult children:

        1)  Oscar Estrada, Jr.

        2)  Rosario Roxanne Estrada

        3)  Tabatha Tailee Rodriguez

        4)  Humberto Victorino, Jr.

        5)  Concepcion Castro

        6)  Rory Dean Balderas Grundhoffer, Jr.

        7)  Jade Aleah Grundhoffer

Dated: March 23, 2020

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge